# ABSTRACT OF JUDGMENT
## NOTICE OF LIEN

*Electronically Filed*

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract is the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names & Address Of Parties Against Whom Judgments Have Been Obtained | Names of Parties In Whose Favor Judgments Have Been Obtained |
|---|---|
| Catherine L. Miller, MD a/k/a<br>D. Catherine Miller<br>***-**-7607<br><br>1605 North River Ridge Blvd.<br>#4303<br>Spokane, WA 99224 | UNITED STATES OF AMERICA |

| Amount of Judgment | Name of Attorney | Case Number & Date Entered |
|---|---|---|
| $191,615.37 plus post judgment interest until paid, together with attorney fees in the amount of $150, all costs of court herein incurred, and court costs and attorney fees which may hereafter be incurred in the collection of this judgment. | William F. Campbell<br>Assistant United States Attorney<br>717 West Broadway<br>Louisville, KY 40202<br>Phone No. (502) 582-5911<br>Fax No. (502) 625-7110<br>Our File No. 2008A44704 | 3:08MC-00018-JBC<br><br>December 14, 2004 |

| UNITED STATES OF AMERICA, | CLERK'S OFFICE | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF KENTUCKY |
|---|---|---|

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Louisville, _____, 2018

_____, Clerk

By: _____
                              Deputy Clerk

Prepared By:

**CERTIFICATE**

_s/ William F. Campbell_
William F. Campbell
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No. (502) 582-5911
Fax No. (502) 625-7110

United States Attorney's Office
Western District of Kentucky

I hereby certify the above instrument was prepared by order, in a court of the United States, and that the notice required by KRS 426.720(3) was made.